FILED
2014 May-09  PM 01:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ARI LOGISTICS, LLC,                      ) | |
| )
| Plaintiff       ) | |
| ) | |
| vs.                                              ) | Case No.  2:13-cv-02025-AKK |
| ) | |
| JOSEPH GOOCHER,                     ) | |
| ) | |
| Defendant     ) | |

**<u>MEMORANDUM OPINION</u>**

On April 21, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  No objections to the magistrate judge's report and recommendation have been fled by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge that the motion for summary judgment filed by plaintiff be granted and this action dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 9th day of May, 2014.

                                      **ABDUL K. KALLON**
                                    UNITED STATES DISTRICT JUDGE